1

2

3

4

5                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON

6

7   DAVID L. McARTHUR,            )
                                  )   No.  CV-09-079-CI
8              Plaintiff,         )
                                  )
9   v.                            )   ORDER GRANTING STIPULATED
                                  )   MOTION FOR REMAND PURSUANT
10  MICHAEL J. ASTRUE,            )   TO SENTENCE FOUR OF 42
    Commissioner of Social        )   U.S.C. § 405(g)
11  Security,                     )
                                  )
12             Defendant.         )

13

14      BEFORE THE COURT is the parties' Stipulated Motion for Remand

15  of the above-captioned matter to the Commissioner for additional

16  administrative proceedings. (Ct. Rec. 15.)   The parties have

17  consented to proceed before a magistrate judge.  (Ct. Rec. 16.)

18  After considering the stipulation of the parties,

19      **IT IS ORDERED:**

20      1.   The parties' Stipulated Motion for Remand **(Ct. Rec. 15)** is

21  **GRANTED**.   The above-captioned case is **REVERSED** and **REMANDED** to the

22  Commissioner  of  Social  Security  for  further  administrative

23  proceedings pursuant to sentence four of 42 U.S.C. § 405(g).   On

24  remand,  the  administrative  law  judge  (ALJ)  will  consider  the

25  additional evidence submitted by the claimant and further develop

26  the record concerning the claimant's heart condition; will obtain

27  medical expert testimony concerning the nature and severity of the

28  claimant's impairment; will take any further action necessary to

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

1  complete the administrative record; and will issue a new decision in
2  this matter.

3       2.    Judgment shall be entered for the **PLAINTIFF**.

4       3.    Plaintiff's Motions for Submission of New Evidence (Ct.
5  **Rec. 11, 12**) are dismissed as MOOT.

6       3.    An application for attorney fees may be filed by separate
7  motion.

8       The District Court Executive is directed to enter this Order,
9  forward copies to counsel, and thereafter shall close this file.

10      DATED October 5, 2009.

11

12                     S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2