1

2 **UNITED STATES DISTRICT COURT**

3 **EASTERN DISTRICT OF WASHINGTON**

4

5 DAVID L. MCARTHUR,     )
                                    )

6         Plaintiff,     )
                                    )     NO.  CV-09-0079-CI

7     vs.                  )

8 MICHAEL J. ASTRUE,      )     **JUDGMENT IN A**
Commissioner of Social Security,  )     **CIVIL CASE**

9                                      )
        Defendant.     )

10                                      )
_____)

11

12 **STIPULATION BY THE PARTIES:**

13       The parties have stipulated to the remand of the captioned matter pursuant to

14 sentence four of 42 U.S.C. § 405(g).

15       **IT IS ORDERED AND ADJUDGED** that:

16       The matter is **REMANDED** for additional proceedings pursuant to sentence

17 four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18 **CLOSED.**

19       DATED this 5th day of October, 2009.

20                               JAMES R. LARSEN
                               District Court Executive/Clerk

21

22

23                             by:   s/Pamela A. Howard___

24                                  Deputy Clerk

25

26 cc: all counsel